UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
September 3, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> WILLIAM BOND, ) <br> ) <br> Defendant. ) | Case No. 2:03-cr-00269-JAM <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release WILLIAM BOND, Case No. 2:03-cr-00269-JAM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__X__   Release on Personal Recognizance

____   Bail Posted in the Sum of: $

   ____   Co-Signed Unsecured Appearance Bond

   ____   Secured Appearance Bond

__X__   (Other) Conditions as stated on the record.

__X__   (Other) The Defendant is ordered released to the custody of the United States Probation Officer on 9/4/2013.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   9/3/2013   at   10:10 AM.

By _____
Edmund F. Brennan
United States Magistrate Judge