BENJAMIN B. WAGNER
United States Attorney
LEE S. BICKLEY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>            v.<br><br>WILLIAM BOND,<br><br>                    Defendant. | CASE NO. 2:03-CR-00269 JAM<br><br>STIPULATION AND ORDER REVOKING DEFENDANT'S ACCESS TO TDD EQUIPMENT |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant William Bond, by and through his counsel of record, hereby stipulate that on November 22, 2004, an order was filed signed by the Honorable David F. Levi directing the Sacramento County Jail to allow Mr. Bond to use the TDD equipment in the jail solely to call his daughter, who is deaf. The United States of America and defendant William Bond now agree that that order should be revoked and that defendant William Bond will no longer have access to the Sacramento County Jail's TDD equipment.

IT IS SO STIPULATED.

DATED: December 17, 2013                BENJAMIN B. WAGNER
                                        United States Attorney

                                        */s/ Lee S. Bickley*
                                        LEE S. BICKLEY
                                        Assistant United States Attorney

                                        For the UNITED STATES OF AMERICA

Stipulation Revoking Order                              1

DATED: December 17, 2013        */w/ permission David Harshaw*
                                DAVID HARSHAW

                                For defendant WILLIAM BOND

**O R D E R**

IT IS SO FOUND AND ORDERED that for good cause appearing from the stipulation of the parties Judge Levi's November 22, 2004 order allowing the defendant William Bond to have access to the Sacramento County Jail TDD equipment is hereby revoked and William Bond should upon the signing of this order no longer have access to the Sacramento County Jail's TDD equipment.

this 17th day of December, 2013.

                                /s/ John A. Mendez
                                HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE

Stipulation Revoking Order                 2