HEATHER E. WILLIAMS, #122664
Federal Defender
DAVID H. HARSHAW III, KY Bar #86435
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:03-cr-00269-JAM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER FOR RELEASE |
| v. | ) JUDGE: Hon. John A. Mendez |
| WILLIAM BOND, | ) |
| Defendant. | ) |

The parties hereby stipulate and request that the Court issue an order granting Mr. Bond release to the custody of Probation and Parole on January 9, 2014.

On January 7, 2014, Mr. Bond's supervised release was revoked and he was sentenced to 3 months incarceration. The parties stipulate and agree that Mr. Bond has been in custody for more than 3 months. The Probation Office concurs.

The parties are concerned that Mr. Bond's spot in the Wellspace rehabilitation facility will disappear if we wait for the Bureau of Prisons to calculate his time served. The spot in rehab is being held open until Friday January 10, 2014. It is uncertain if a spot is available after that date.

The parties stipulate and agree: that Mr. Bond be permanently released from the Sacramento County Jail to the custody of the United States Marshals on the morning of January 9, 2014, to be transported by the Marshals to their Office on the 5th Floor of the United States

Courthouse; that Mr. Bond then be released to the custody of the Probation Office for transport to the Wellspace rehabilitation facility.

DATED: January 8, 2014                     Respectfully submitted,

                                                     HEATHER E. WILLIAMS
                                                   Federal Defender

                                                   /s/ David H. Harshaw III

                                                   DAVID H. HARSHAW III
                                                   Assistant Federal Defender
                                                   Attorneys for Defendant

DATED: January 8, 2014                     BENJAMIN B. WAGNER
                                                   United States Attorney

                                                   /s/ Lee S. Bickley

                                                   LEE S. BICKLEY
                                                   Assistant U.S. Attorney
                                                   Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation of the parties in its entirety as its order.

Mr. William Bond is to be permanently released from the Sacramento County Jail to the custody of the United States Marshals on the morning of January 9, 2014, to be transported by the Marshals to their Office on the 5th Floor of the United States Courthouse; that Mr. Bond then be released to the custody of the Probation Office for transport to the Wellspace rehabilitation facility.

Further, it is ordered that Mr. Bond has satisfied the 3 month revocation of his supervised release. There is no need for the Bureau of Prisons to take custody of him.

DATED: January 8, 2014

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge