UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                              )<br>          Plaintiff,          )<br>    v.                        )<br>WILLIAM BOND                  )<br>                              )<br>                              )<br>          Defendant.          ) | Case No. 2:03cr269 JAM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, WILLIAM BOND, 2:03CR269 JAM from custody subject to the conditions as stated on the record and for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of: $

    ___ Unsecured Appearance Bond

    ___ Secured Appearance Bond

    ___ (Other) Conditions as stated on the record.

    _X_ (Other) Defendant sentenced this date to time served.

Issued at  Sacramento, CA  on 2/21/2017 at 9:45 A.M.

By  /S/ 
John A. Mendez
United States District Court Judge