UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 6, 2018
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:03-cr-269 JAM |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| WILLIAM BOND, | |
| Defendant. | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>WILLIAM BOND</u>,

Case No. <u>2:03-cr-269 JAM</u> from custody

    <u>X</u>    Release on Personal Recognizance

Issued at Sacramento, California on November 06, 2018 at 11:05 a.m.

By: /s/ John A. Mendez

John A. Mendez, U.S. District Court Judge