# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **WILLIAM BOND** | Criminal Number: **2:03CR00269-1** |
| | Defendant's Attorney: Michael Donald Long, Appointed |

**THE DEFENDANT:**

[✓] admitted guilt to violation of charge(s)  1 through 6  as alleged in the violation petition filed on  7/3/2018 .

[ ] was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on ___.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| 1 | Unauthorized travel | 5/13/2018 |
| 2 | Failure to notify of law enforcement contact | 5/13/2018 |
| 3 | Unauthorized travel | 6/17/2018 |
| 4 | Failure to notify of law enforcement contact | 6/17/2018 |
| 5 | Unlawful use of a controlled substance | 6/18/2018 |
| 6 | Unlawful use of a controlled substance | 6/29/2018 |

The court:  [ ] revokes:  [ ] modifies:  [✓] continues under same conditions of supervision heretofore ordered on  2/21/2017 .

 6  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] Charge(s) ___ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

<u>11/6/2018</u>
Date of Imposition of Sentence

/s/ John A. Mendez
Signature of Judicial Officer

**John A. Mendez**, United States District Judge
Name & Title of Judicial Officer

11/8/2018
Date